tion Law.) Present—Callahan, J. P., Boomer, Balio, Fallon and Doerr, JJ. (Filed Sept. 24, 1992.)

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE BELL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Herkimer County Court, Brandt, J.—Attempted Burglary, 3rd Degree.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

◼ In the Matter of CARL HOLMES, Petitioner, v THOMAS A. COUGHLIN, as Commissioner of Department of Correctional Services, et al., Respondents.—Determination unanimously confirmed and petition dismissed *(see, Matter of Price v Coughlin,* 116 AD2d 898, 899). (Article 78 Proceeding Transferred by Order of Supreme Court, Livingston County, Cicoria, J.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE R. MCNAIR, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: The sentencing court did not abuse its discretion in denying defendant's motion to withdraw his guilty plea. Defendant's belated protestations of innocence, unsubstantiated claims of mental incapacity and groundless allegations of ineffective assistance of counsel are insufficient to warrant a hearing on the motion *(see, People v Barnett,* 136 AD2d 555, *lv denied* 71 NY2d 966; *People v Irizzary,* 125 AD2d 589, *lv denied* 69 NY2d 829). Moreover, because defendant was afforded a reasonable opportunity to set forth the grounds for his withdrawal application in his *pro se* motion papers and at sentencing, no formal evidentiary hearing was required *(see, People v Frederick,* 45 NY2d 520, 525; *People v Tinsley,* 35 NY2d 926, 927; *People v Rodriguez,* 150 AD2d 812, 813, *lv denied* 74 NY2d 818).

We have reviewed the other contentions raised by defendant and find them to be without merit. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE R. MCNAIR, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same Memorandum as in *People v McNair* ([appeal No. 1] 186 AD2d 1089 [decided herewith]). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Incest.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.